# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| KARA HOLMES, | : | Case No. 1:21-cv-107 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| PREMIER HEALTH, | : | |
| Defendant. | : | |

## ORDER

Upon review of the docket, it appears the above captioned case was inadvertently filed in the Cincinnati Division of the United States District Court for the Southern District of Ohio.

The above captioned case is hereby **TRANSFERRED** to the Dayton Division of the United States District Court for the Southern District of Ohio for reassignment to a Judge at that location.

**IT IS SO ORDERED.**

Date: 3/17/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge